In the Matter of WILLIAM PHILLIPS et al., Appellants, against ABRAHAM KAPLAN et al., Constituting the Municipal Civil Service Commission of the City of New York et al., Respondents.

(Argued January 3, 1935; decided January 22, 1935.)

*H. Eliot Kaplan* for appellants.

*Albert De Roode* for Captains' Association and Lieutenants' Association of the Fire Department of the City of New York, *amicus curiæ.*

*Paul Windels,* Corporation Counsel (*Seymour B. Quel* and *Paxton Blair* of counsel), for defendants-respondents.

*Reginald Field* for intervening defendants-respondents.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.  Not sitting: FINCH, J.